

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2018

No. 04-18-00613-CV

**IN THE INTEREST A. T., A CHILD**,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01707
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

      The reporter's record was due September 7, 2018, but was not filed.  This is an appeal in a parental termination matter.  By statute, this appeal is accelerated and is to take precedence over other matters. TEX. FAM. CODE ANN. § 109.002(a-1) (West Supp. 2017).  Strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights — specifically, the appellate court must dispose of the appeal within 180 days of the date the notice of appeal is filed in the trial court.  With regard to the appellate record, pursuant to Rule 35.3(c) of the appellate rules, this court may not grant an extension of more than ten days in an accelerated appeal.  TEX. R. APP. P. 35.3(c).  Moreover, and most importantly, extensions granted by this court "must not exceed 30 days cumulatively, absent extraordinary circumstances."  *Id.* R. 28.4(b)(3).

      We therefore **ORDER** court reporter Elva Chapa to file the reporter's record in this court on or before **September 20, 2018**.  With regard to termination appeals, in addition to the responsibility imposed on the trial court under Rule 35.3(c) — trial court is jointly responsible for ensuring the appellate record is timely filed — **the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record.**  *Id.* R. 28.4(b)(1).  **The trial court must arrange for a substitute reporter if necessary to ensure the reporter's record is timely filed.**  *Id.*

      We further **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the trial court.

_____
Marialyn Barnard, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court